Mark L. Block, Esq. (SBN 115457)
mblock@wargofrench.com
Jeffrey N. Williams, Esq. (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 310-853-6300
Facsimile: 310-853-6333

Attorneys for Defendant
JPMORGAN CHASE BANK N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| SON T. NGUYEN and HANH T. NGUYEN,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK N.A.,<br><br>Defendant. | Case No. CV12-04183<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANT JPMORGAN CHASE BANK N.A.**<br><br>Date:  October 16, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5<br><br>Hon. Paul S. Grewal |

After reading and considering the Request for Telephonic Appearance filed by Defendant JPMorgan Chase Bank N.A. in this matter;

IT IS HEREBY ORDERED that the Request for Telephonic Appearance is GRANTED.

Dated:  10/12/2012

_____
Magistrate Judge Paul S. Grewal